```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7                UNITED STATES DISTRICT COURT

 8                NORTHERN DISTRICT OF CALIFORNIA

 9

10

11  NORTHWEST ADMINISTRATORS, INC.,  )  NO.  C 08 1006 MMC
                                     )
12                   Plaintiff,      )
                                     )  NOTICE OF VOLUNTARY
13        vs.                        )  DISMISSAL
                                     )
14  LANCE SOARES INC., etc.,         )
                                     )
15                   Defendant.      )
    _____)
16

17        Notice is hereby given that plaintiff dismisses the

18  above entitled action without prejudice pursuant to Federal Rule

19  of Civil Procedure 41, and all dates relating to this case

20  should be taken

21  off the Court's calendar including the hearing on a Case

22  Management Conference set for June 6, 2008.

23  Dated: May 28, 2008              ERSKINE & TULLEY

24
                                     By:/s/Michael J. Carroll
25                                      Michael J. Carroll
                                        Attorneys for Plaintiff
26

27

28
                     NOTICE OF VOLUNTARY DISMISSAL
```

1                               PROOF OF SERVICE BY MAIL

2 I am a citizen of the United States and employed in the City and

3 County of San Francisco, California.  I am over the age of

4 eighteen years and not a party to the within above entitled

5 action; my business address is 220 Montgomery Street, Suite 303,

6 San Francisco, California 94104.  On May 28, 2008 I served the

7 within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said

8 action, by placing a true copy thereof enclosed in a sealed

9 envelope with postage thereon fully prepaid, in the United

10 States post office mail box at San Francisco, California,

11 addressed as follows:

12 **Lance Soares Inc.**
**Dba Clean Sweep Environmental**
13 **Attn: Kori Haylett**
**3640 Cincinnati Avenue, Suite A**
14 **Rocklin, CA 96765**

15 I, DIANE ANDRADE, certify (or declare), under penalty of perjury

16 that the foregoing is true and correct.

17 Executed on May 28, 2008 at San Francisco, California.

18

19                                                   /s/Diane Andrade
                                                   Diane Andrade

20

21

22

23

24

25

26

27

28